UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

**SARAH SNYDER**,

      Plaintiff,

                                          Case No.: 21-cv-314

v.

**NOVARES US ENGINE COMPONENTS, INC.**,
f/k/a Miniature Precision Components, Inc.

      Defendant.

---

### STIPULATION FOR DISMISSAL

---

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Sarah Snyder, and Defendant, Novares US Engine Components, Inc. f/k/a Miniature Precision Components, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter shall be dismissed on its merits and with prejudice but without costs or attorneys' fees to either party.

Dated this 30th day of December, 2021.

                              **HAWKS QUINDEL, S.C.**
                              *Attorneys for Plaintiff, Sarah Snyder*

                              By: */s/ Nicholas E. Fairweather*
                              Nicholas E. Fairweather, State Bar No.: 1036681
                              Email: nfairweather@hq-law.com
                              409 East Main Street
                              Post Office Box 2155
                              Madison, Wisconsin 53701-2155
                              Telephone: (608) 257-0040
                              Facsimile: (608) 256-0236

**O'CONNOR LAW FIRM**
*Attorneys for Plaintiff, Sarah Snyder*


By: */s/ Patrick O'Connor*
Patrick O'Connor, State Bar No.: 1094992
Email: pmo@patoconnorlaw.com
P.O. Box 7757
Madison, WI 53707-7757
Telephone: (608) 203-6349

**JACKSON LEWIS, P.C.**
*Attorneys for the Defendant, Novares US Engine Components, Inc.*


By: *s/ Elizabeth A. Erickson*
Elizabeth A. Erickson, State Bar No.: 1036729
Direct Telephone: (608) 807-5272
Email: Elizabeth.Erickson@JacksonLewis.com
John T. Woodson, State Bar No.: 1094026
Direct Telephone: (608) 807-5281
Email: John.Woodson@JacksonLewis.com
22 East Mifflin Street, Suite 800
Madison, WI 53703
Facsimile: (608) 260-0058